UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MELANIE A. SHAW, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:12CV451 JCH (TCM) |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant(s). ) | |

# ORDER

This matter arises on the Report and Recommendation of United States Magistrate Judge Thomas C. Mummert, filed June 11, 2013. (ECF No. 28). See 28 U.S.C. § 636. In his report, Magistrate Judge Mummert recommends that the Court affirm the decision of the Commissioner and dismiss Plaintiff's Complaint with prejudice. Plaintiff filed her response to the Report and Recommendation on June 25, 2013, requesting that the Court reverse the final decision of the Commissioner or, alternatively, order a new hearing before the Commissioner. (ECF No. 29).

After review of the entire record in this matter, the Court concurs in the Magistrate Judge's findings and will adopt the Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (ECF No. 28) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.

Dated this 11th  day of July, 2013.

                                                /s/ Jean C. Hamilton  
                                                UNITED STATES DISTRICT JUDGE